IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-614 VRW |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ABEL FERNANDO CALDERON, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), for good cause shown, and based upon the stipulation filed herewith, the grand jury transcripts currently held by the government in the Case No. CR-05-614 VRW are hereby ORDERED released to defendant Abel Fernando Calderon forthwith.

IT IS SO ORDERED

Dated: June __9__ 2006

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR-05-614 VRW   ORDER RE: Rule 6(e)        1