```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRUCE H. SEARBY (SBN 183267)
 4  Assistant United States Attorney
         1300 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California  90012
 6       Telephone:  (213) 894-5423
         Facsimile:  (213) 894-6436
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

                              FILED
                            JUN 2 0 2006
                        RICHARD W. WIEKING
                      CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 05-614-VRW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: |
| v. | (1) SETTING OF TRIAL DATE; and<br>(2) FINDINGS RE: EXCLUDABLE TIME |
| ABEL FERNANDO CALDERON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, defendant ABEL FERNANDO CALDERON, by and through his counsel of record, Elizabeth Falk, Esq., as follows:

1. In this matter, ~~the~~ trial *setting* ~~shall~~ be set for Tuesday, August 15, 2006 at 10:30 a.m.

2. Defendant CALDERON made his first appearance before a judicial officer of this Court on April 11, 2006, having been previously indicted. Therefore, at present, the last date for trial under the Speedy Trial Act is June 20, 2006.

1  3.  There has been no previous continuance and finding of
2 excludable time in this matter.
3  4.  The parties agree that the reasons for a continuance of
4 trial in this matter, as follows:
5     a.  Defendants and the government are in discussions
6 to consider a change of plea that would allow this case to be
7 disposed of before trial.  The government is being represented by
8 the United States Attorney's Office in Los Angeles.  The
9 defendant resides in New York.  The parties are scheduling a
10 meeting that is hoped will lead to such a disposition, but that
11 requires coordination between participants in three cities (Los
12 Angeles, San Francisco, and New York).
13     b.  This case involves key fact witnesses in Florida,
14 New York, and elsewhere, and if this case goes to trial, then in
15 due diligence, defense counsel may need to travel and interview
16 those witnesses to meaningfully explore defenses to certain
17 charges.
18  5.  Defendant is released on bond.  Undersigned counsel for
19 defendant has communicated with defendant and he concurs in the
20 requested continuance of the trial date in order to review
21 discovery, meaningfully explore defenses, and conduct plea
22 discussions with the government.
23  6.  The ends of justice served by granting the continuance
24 outweigh the best interest of the public and defendants in a
25 speedy trial 18 U.S.C. § 3161 (h)(8)(A), and the continuance is
26 necessary for the exercise by defense counsel of due diligence in
27 the effective preparation of a defense.
28

```
 1       7.  The period from June 6, 2006 to August 15, 2006,
 2  inclusive, shall be deemed an excludable period pursuant to 18
 3  U.S.C. § 3161(h)(8)(A) and (h)(1)(F) for the above reasons, as to
 4  both defendants.
 5       8.  Nothing in this order shall preclude a finding that
 6  other provisions of the Speedy Trial Act dictate that additional
 7  time periods are excludable from the period in which trial must
 8  commence.
 9  DATED: June 7, 2006            Respectfully submitted,
10                                 DEBRA WONG YANG
                                   United States Attorney
11
                                   THOMAS P. O'BRIEN
12                                 Assistant United States Attorney
                                   Chief, Criminal Division
13
14                                 _____/S/_____
                                   BRUCE H. SEARBY
15                                 Assistant United States Attorney
16                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
17
18  DATED: June 7, 2006            _____/S/_____
                                   ELIZABETH FALK, ESQ.
19                                 Deputy Federal Public Defender
                                   Attorney for Defendant
20                                 Abel Fernando Calderon
21  I hereby attest aht I have on file all holograph signatures for any signatures indicated by a
22  "conformed" signature (/S/) within this e-filed document.
23  GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.
24
25  DATED: June ___, 2006          _____
                                   HONORABLE VAUGHN R. WALKER
26                                 United States District Court Judge
27
28
                                     3
```