1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant ABEL FERNANDO CALDERON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  No. CR 05-0614 VRW
                                      )
12 |         Plaintiff,                )  **STIPULATION AND** ~~PROPOSED~~
                                      )  **ORDER FOR CONTINUANCE OF**
13 |    v.                             )  **SENTENCING DATE**
                                      )
14 | ABEL FERNANDO CALDERON,          )  Date:  January 23, 2006
                                      )  Time:  10:30 a.m.
15 |         Defendant.                )  Court: The Honorable Vaughn R. Walker
   |_____)
16
   The parties hereby stipulate and agree as follows:
17
        1.  Defendant Abel Fernando Calderon hereby respectfully requests from the Court a
18
            continuance of his sentencing date;
19
        2.  The reasons for the request are as follows: to date, Mr. Calderon has not been
20
            interviewed by the Probation Department.  Mr. Calderon is in New York, and is a
21
            Spanish speaker.  As such, there has been some difficulty scheduling an interview
22
            when all parties are available;
23
        3.  Moreover, Mr. Calderon's attorney has been actively preparing for a long trial that
24
            has recently begun, *U.S. v. Quan*, 04-323 WBS.  Prior to this week, Mr.
25
            Calderon's attorney has been spending most of her time preparing for her trial;
26

   CR 05-614 VRW  Stipulation Continue Sentence      1

4. The Probation Officer, Benjamin Flores, has been contacted about the change in sentencing date, and has no objection. He has requested a date in May, given the fact that he will be out of the office for most of April. Prior to April, counsel for Mr. Calderon will be actively in trial;

5. The United States Attorney's Office has no objection to a May 22, 2007 sentencing date;

6. Mr. Calderon is currently working, and is out of custody. As such, he is not prejudiced by a continuance of the sentencing date;

7. For the aforementioned reasons, the parties respectfully stipulate to and request a continuance of the sentencing date in this matter to May 22, 2006, at 10:30 a.m.

Dated: January 22, 2007

_____/S_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
BRUCE SEARBY
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Abel Fernando Calderon is hereby continued to May 22, 2007, at 10:30 a.m.

IT IS SO ORDERED

Dated: January __22__ 2007

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Vaughn R Walker]

CR 05-614 VRW   Stipulation Continue Sentence        2