BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ABEL FERNANDO CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0614 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | SENTENCING DATE |
| ) | |
| ABEL FERNANDO CALDERON, ) | Date:  June 26, 2007 |
| ) | Time:  10:30 a.m. |
| Defendant. ) | Court: The Honorable Vaughn R. Walker |
| ) | |

The parties hereby stipulate and agree as follows:

1. Defendant Abel Fernando Calderon hereby respectfully requests from the Court a continuance of his sentencing date from June 26, 2007 to August 14, 2007;

2. The reasons for the request are as follows: to date, Mr. Calderon has not been interviewed by the Probation Department. The PreSentence Report has not yet been prepared. The Presentence Interview is scheduled for May 18, 2007;

3. Moreover, Mr. Calderon's attorney has recently completed a long trial, *United States v. Quan*, 04-323 WBS. Prior to this week, Mr. Calderon's attorney has been spending most of her time in trial;

4. Moreover, two months ago, this Court continued Mr. Calderon's sentencing date

to June 26, 2007. This date is the first day of defense counsel's post-trial vacation, which has been scheduled since January, 2007;

5. The Probation Officer, Benjamin Flores, has been contacted about the change in sentencing date, and has no objection. Defense counsel initially requested a date of July 31, 2007. However, the Probation Officer requested a date in mid August due to scheduling conflicts. The parties then agreed on a sentencing date of August 14, 2007;

6. Mr. Calderon is currently working, and is out of custody. As such, he is not prejudiced by a continuance of the sentencing date;

7. For the aforementioned reasons, the parties respectfully stipulate to and request a continuance of the sentencing date in this matter to August 14, 2007, at 10:30 a.m.

Dated: May 18, 2007

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
BRUCE SEARBY
Assistant United States Attorney

[~~PROPOSED~~] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Abel Fernando Calderon is hereby continued to August 14, 2007, at 10:30 a.m.

IT IS SO ORDERED

Dated: May \_\_\_\_\_, 2007

     6/5/2007

THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED, signed Judge Vaughn R Walker, United States District Court, Northern District of California]*