```
BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700
```

Counsel for Defendant ABEL FERNANDO CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0614 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR CONTINUANCE OF SELF-** |
| v. ) | **SURRENDER DATE** |
| ) | |
| ABEL FERNANDO CALDERON, ) | Current Surrender Date: November 16, 2007 |
| ) | |
| Defendant. ) | Court: The Honorable Vaughn R. Walker |
| _____) | |

The parties hereby stipulate and agree as follows:

1. Defendant Abel Fernando Calderon hereby respectfully requests from the Court a continuance of his self-surrender date for two months, from November 16, 2007 to January 16, ~~2007~~ 2008;

2. The reasons for the request are as follows;

3. To date, Mr. Calderon has not yet been designated to an institution. Defense counsel received word from the Bureau of Prisons representative for the Northern District of California, Bill Sterner, that the Judgment and Commitment order was never transmitted to the Bureau of Prisons, despite the fact that the sentencing was back in May. Defense counsel has left two messages today for the U.S. Marshal Service to determine why the Judgment was not transmitted. To date, defense counsel's messages have not been

CR 05-614 VRW   Stipulation Continue Sentence        1

returned;

4. In addition, Mr. Calderon works as a jeweler. The busiest season for jewelry is the Christmas holidays. Mr. Calderon is hopeful that he can retain his job if he is allowed to delay self-surrender until after the holidays are over;

5. In addition, Mr. Calderon's wife, Isabelita Ortega, has received paperwork confirmation that she is going to be scheduled for back surgery in approximately one month, and Mr. Calderon hopes to be able to care for her post-surgery;

6. For the aforementioned reasons, the parties respectfully stipulate to and request a continuance of the self-surrender date in this matter to January 16, 2007.

Dated: October 31, 2007

_____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated: October 31, 2007

_____/s/_____
BRUCE SEARBY
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the self-surrender date of defendant Abel Fernando Calderon is hereby continued to January 16, 2007. The defendant shall surrender by 2:00 p.m. to the institution he is designated at on January 16, 2008.

IT IS SO ORDERED.

Dated: \_\_November 13\_\_, 2007

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Vaughn R Walker, United States District Court, Northern District of California*

CR 05-614 VRW  Stipulation Continue Sentence        2